IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| STEVEN MCCARTY, | § | |
|   *Plaintiff*, | § | |
| | § | |
| V. | § | NO. MO:17-CV-00149 DC |
| | § | |
| MVT SERVICES, LLC, | § | |
| and FRANCISCO PALOMO TORRES, | § | |
|   *Defendants*. | § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Motion to Dismiss With Prejudice (Doc. 99) filed June 28, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 2nd day of July, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE